PER CURIAM.
Villasol Community Development District seeks review of the decision of the Fifth District Court of Appeal in Villasol Community Development District v. TC 12, LLC , 226 So.3d 854 (Fla. 5th DCA 2017) (table), on the ground that it expressly and directly conflicts with Provident Management Corp. v. City of Treasure Island , 796 So.2d 481 (Fla. 2001). After careful review, we determine that review in this case has been improvidently granted. Accordingly, this case is hereby dismissed.
It is so ordered.
CANADY, C.J., and LEWIS, POLSTON, LABARGA, and LAWSON, JJ., concur.
QUINCE, J., dissents with an opinion, in which PARIENTE, J., concurs.